# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **GULF COAST PHARMACEUTICALS PLUS** | § § § | **PLAINTIFF** |
| **v.** | § § | **Civil No. 1:22-cv-263-HSO-RPM** |
| **UNITED STATES OF AMERICA** | § § § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith, the Court finds that this civil action should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Gulf Coast Pharmaceuticals Plus's claims against Defendant United States of America, are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 26th day of April, 2023.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1